UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1306

SOUTHERN MANAGEMENT CORPORATION RETIREMENT TRUST,

Plaintiff - Appellee,

v.

CHAWKY BOUTROS JABALY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:11-cv-01362-LO-TRJ; 10-12956-BFK; 10-01478-BFK)

Submitted: July 19, 2012            Decided:  July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chawky Boutros Jabaly, Appellant Pro Se.  Paul Sweeney, YUMKAS VIDMAR & SWEENEY, LLC, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chawky Boutros Jabaly appeals from the district court's order dismissing as moot his appeal from the bankruptcy court's order imposing sanctions against him for failing to comply with discovery and denying him a discharge in bankruptcy. The district court dismissed the appeal because the order appealed from was vacated upon the court's acceptance of the parties' settlement agreement. Jabaly attempts in this appeal to challenge the order accepting the settlement agreement. Because Jabaly did not appeal from that order, and did not present his challenges to the agreement in the district court, we decline to address these issues in this court. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED